

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00094-CV

**Byron Robinson**

**v.**

**Elizabeth Shelton**

NO. 1039938 IN THE CO CIVIL CT AT LAW NO 1 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/31/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/12/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 05/13/2014 | E-PAID | ANT |
| RPT RECORD | $338.50 | 04/15/2014 | PAID | ANT |
| FILING | $175.00 | 03/23/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/23/2014 | E-PAID | ANT |
| CLK RECORD | $62.00 | 02/27/2014 | PAID | ANT |
| MT FEE | $10.00 | 02/10/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $635.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this July 13, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**